IN THE MATTER OF THE J.I.S. INDUSTRIAL SERVICE COMPANY LANDFILL, AND J.I.S. INDUSTRIAL SERVICE COMPANY, J.I.S. INDUSTRIAL SERVICE CORPORATION, AND DONALD W. JONES, INDIVIDUALLY.

October 20, 1986.

Certification to the State of New Jersey, Department of Environmental Protection, Division of Waste Management, is granted.

IN THE MATTER OF THE DIRECTIVE OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION ISSUED TO KIMBER PETROLEUM CORPORATION, SHELL OIL COMPANY AND SOLAR OIL COMPANY.

October 20, 1986.

Certification to the New Jersey Department of Environmental Protection, Division of Waste Management, is granted.